**Hearing Date:**     **June 28, 2016 @ 10:00 A.M.**
Objection Deadline:  June 21, 2016

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

IN RE:

| | | |
|---|---|---|
| JAMES COSTON, JR., | : | Bk. Case No. 16-11143(BLS) |
| Debtor. | : | Chapter 13 |

### NOTICE OF HEARING

**NOTICE IS GIVEN** that a hearing on the Chapter 13 Trustee's Motion to Dismiss the within Debtor's case is scheduled for **Tuesday, June 28, 2016 @ 10:00 A.M.** in the United States Bankruptcy Court, District of Delaware, 824 Market Street, 6th Floor, Courtroom No: 1, Wilmington, Delaware.

**RESPONSES,** if any, must be in writing and filed in the Clerk's Office, United States Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware, 19801, and served upon the Chapter 13 Trustee, 824 Market Street, Suite 1002, P.O. Box 1350, Wilmington, Delaware 19899-1350 on or before **June 21, 2016.**

**IF A RESPONSE IS NOT TIMELY FILED AND SERVED, THE CASE WILL BE DISMISSED WITHOUT FURTHER HEARING.**

s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee

Dated: May 20, 2016

**Hearing Date:** **June 28, 2016 @ 10:00 A.M.**
Objection Deadline:   June 21, 2016

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

JAMES COSTON, JR.,                          :          Bk. Case No. 16-11143(BLS)

    Debtor.                                      :          Chapter 13

## TRUSTEE'S MOTION TO DISMISS

Michael B. Joseph, Esquire, Chapter 13 Trustee ("Chapter 13 Trustee") respectfully moves this Honorable Court for an Order Dismissing the above-captioned case, based upon the following:

1.James Coston, Jr.,  Debtor, ("Debtor") filed a voluntary petition under Chapter 13 of the Bankruptcy Code on May 9, 2016  ("Debtor's Case No. 3").

2. On October 8, 2009 the Debtor filed a Chapter 13 case in this District, being Case No: 09-13477 (BLS), which was dismissed by the Court on May 21, 2012  ("Debtor's Case No. 1").

3. On September 8, 2012 the Debtor filed a Chapter 13 case in this District, being Case No: 12-12556 (BLS), which was dismissed by the Court on December 15, 2014 ("Debtor's Case No. 2").

4. The previous cases commenced by the Debtor were dismissed by the Court for failure to timely file schedules, a plan or make timely plan payments.

5 The fact that the Debtor has commenced three(3) cases in close succession indicate a serial filing by the Debtor that lacks evidence of good faith in properly seeking relief under Chapter 13 of the Bankruptcy Code, and is abusive.

6. The Debtor's abusive filing of bankruptcy petitions require the imposition of appropriate sanctions by the Court to remedy and deter such conduct.

WHEREFORE, it is respectfully requested that this Court enter an Order dismissing this case with prejudice in the form attached and grant Trustee such other and further relief as the Court deems necessary and just.

<div style="margin-left: 40%;">

s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee

</div>

Dated: May 20, 2016

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

JAMES COSTON, JR.,                            :        Bk. Case No. 16-11143(BLS)

    Debtor.                                       :        Chapter 13


## O R D E R

**AND NOW, TO-WIT,** this _____ day of _____, 2016 upon Notice and Hearing of Trustee's Motion to Dismiss,

**IT IS ORDERED,** that the Debtor's petition is hereby dismissed with prejudice, and the Debtor is barred for filing for bankruptcy relief for two (2) years of the date of this Order.

**IT IS FURTHER ORDERED,** should the Debtor file a Bankruptcy Petition, in any District, in violation of this Order, the automatic stay of 11 U.S.C. Section 362 shall not go into effect and such filing shall be deemed a nullity.


_____
United States Bankruptcy Judge

## ATTORNEY'S CERTIFICATE OF SERVICE

I, Michael B. Joseph, Esquire, Chapter 13 Trustee in the within matter, do hereby certify that on this 20th day of May, 2016,  I caused one copy of the within Notice of Hearing and Motion to Dismiss be served by United States Mail, Postage Prepaid, on the following:


James Coston, Jr.
81 Caravel Drive
Bear, DE 19701
Debtor

Robert I. Masten, Jr., Esquire
910 W. Basin Road, Suite 100
New Castle, Delaware 19720
Attorney for Debtor


s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
Chapter 13 Trustee