IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| JAMES COSTON, JR, ) | Chapter 13 |
| ) | |
| Debtors. ) | Case No. 16-11143-BLS |
| ) | |

**DEBTOR'S RESPONSE TO CHAPTER 13 TRUSTEE'S
MOTION TO DISMISS BANKRUPTCY CASE**

COMES NOW, James Coston (the "Debtor") by and through his attorney, Robert I. Masten, Jr., and hereby responds to the Chapter 13 Trustee's Motion to Dismiss as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied.

6. Denied.

WHEREFORE, Debtors respectfully request an order from this Honorable Court denying the Chapter 13 Trustee's Motion to Dismiss and all such other and further relief the Court deems just.

Date: June 20, 2016           THE LAW OFFICE OF
                              ROBERT I. MASTEN, JR., ESQ., LLC


                              By: /s/ Robert I. Masten, Jr.
                                  Robert I. Masten, Jr., Esq. (Bar No. 5033)
                                  910 West Basin Road, Suite 100
                                  New Castle, DE 19720
                                  (302) 358-2044
                                  (302) 353-4238 (fax)
                                  rmastenlaw@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | |
| JAMES COSTON, JR, ) | Chapter 13 |
| ) | |
| Debtors. ) | Case No. 16-11143-BLS |
| ) | |

## CERTIFICATE OF SERVICE

I, Robert I. Masten, Jr., Esq., hereby certify that on June 20, 2016, I caused to be served a true and correct copy of the Debtors' Response to the Chapter 13 Trustee's Motion to Dismiss upon the parties listed below via First Class Mail:

Michael B. Joseph - Chapter 13 Trustee
824 Market Street
P.O. Box 1351
Wilmington, DE 19899-1351

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Date: June 20, 2016

THE LAW OFFICE OF
ROBERT I. MASTEN, JR., ESQ., LLC

By: /s/ Robert I. Masten, Jr.
Robert I. Masten, Jr., Esq. (Bar No. 5033)
910 West Basin Road, Suite 100
New Castle, DE 19720
(302) 358-2044
(302) 353-4238 (fax)
rmastenlaw@gmail.com