IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: JAMES COSTON, JR.,<br><br>　　　　　　Debtor. | Chapter 13<br>Case No. 16-11143-BLS |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INABS 2007-B, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES INABS 2007-B,<br><br>　　　　　　Movant,<br><br>and<br><br>JAMES COSTON, JR.,<br><br>　　　　　　Debtor. | Docket Ref. No. 35 |

### ORDER GRANTING RELIEF FROM STAY AND FOR PROSPECTIVE RELIEF

**AND NOW, TO WIT,** this 22nd day of Nov. 2016, the creditor, Deutsche Bank National Trust Company, as Trustee For Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2007-B, Home Equity Mortgage Loan Asset-Backed Certificates Series INABS 2007-B's Motion for Relief from Automatic Stay and for Prospective Relief having been duly presented, heard and considered;

The Court finds the facts as stated in the creditor's Motion;

**IT IS HEREBY ORDERED** that the Stay afforded by 11 U.S.C. § 362 is hereby terminated so as to permit the creditor, its servicers, successors and/or assigns, to enforce its security interest in 81 Caravel Drive, Bear, Delaware 19701 ("Property"), through foreclosure proceedings, judicial sale of the property and whatever other legal remedies which may be available to the creditor under applicable State law; and it is further

IT IS FURTHER ORDERED that Movant's request for Prospective Relief be and is hereby GRANTED such that in the event there is a future bankruptcy filing by this Debtor or any transferee, such filing shall not impose the automatic stay as to the Property for a period of two years from the date of this Order.

IT IS FURTHER **ORDERED** that the Debtor must pay $576.00 to Deutsche Bank National Trust Company, as Trustee For Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2007-B, Home Equity Mortgage Loan Asset-Backed Certificates Series INABS 2007-B for attorneys' fees and costs.

_____
J., U.S. Bankruptcy Court