Case 16-11143-BLS    Doc 58-2    Filed 05/18/17    Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

JAMES COSTON, JR.,                :        Bk. Case No. 16-11143(BLS)

   Debtor.                       :        Chapter 13

**ORDER**

**AND NOW, TO-WIT,** this 18th day of May, 2017 after hearing in a open Court on April 25, 2017 and pursuant to the Court's ruling,

**IT IS ORDERED,** that the Debtor's petition is hereby dismissed.

_____
United States Bankruptcy Judge

**VACATED**

# Notice Recipients

District/Off: 0311−1  User: Lesa  Date Created: 5/18/2017
Case: 16−11143−BLS  Form ID: pdfodc  Total: 41

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee         USTPRegion03.WL.ECF@USDOJ.GOV
tr     Michael B. Joseph – Chapter 13 Trustee     mjoseph@ch13de.com
aty    Brenna Anne Dolphin        bdolphin@morrisjames.com
aty    Edward Kerney Black        edward.black@state.de.us
aty    Kristi J. Doughty        de−ecfmail@mwc−law.com
aty    Martin A. Mooney        tshariff@schillerknapp.com
aty    Michael B. Joseph – Chapter 13 Trustee     mjoseph@ch13de.com
aty    Robert I. Masten, Jr.       rmastenlaw@gmail.com

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         James Coston, Jr.     81 Caravel Dr.    Bear, DE 19701
cr         State of Delaware Division of Revenue    P O Box 8763    Wilmington, DE 19899−1863
10458133   American InfoSource LP as agent for    Verizon    PO Box 248838    Oklahoma City, OK 73124−8838
10317313   Bk Of Amer    4060 Ogletown/Stanton Rd    Newark, DE 19713
10317314   Byl Collection Service    301 Lacey St    West Chester, PA 19382
10317315   Cap One    Po Box 5253    Carol Stream, IL 60197
10317316   Cap1/nautl    26525 N Riverwoods Blvd    Mettawa, IL 60045
10317317   Cap1/vlcty    Po Box 30253    Salt Lake City, UT 84130
10317318   Chase/circuitcity    Po Box 15298    Wilmington, DE 19850
10317319   Citimortgage Inc    Po Box 9438,dept 0251    Gaithersburg, MD 20898
10317358   Department of Labor    Division of Unemployment Insurance    P.O. Box 9953    Wilmington, DE 19809
10317320   Ditech Financial Llc    Po Box 6172    Rapid City, SD 57709
10317321   Eastern Account System    75 Glen Rd Ste 310    Sandy Hook, CT 06482
10317359   Ellen Slights, Assistant US Attorney    P.O. Box 2046    Wilmington, DE 19899−2046
10317322   Enhanced Recovery Co L    8014 Bayberry Rd    Jacksonville, FL 32256
10398399   IRS    P.O. Box 7346    Philadelphia, PA 19101−7346
10317323   Kohls/capone    N56 W 17000 Ridgewood Dr    Menomonee Falls, WI 53051
10317356   New Castle County/Law    Attention: Bill Weisel    87 Reads Way    New Castle, DE 19720
10317324   Ocwen Loan Servicing L    1661 Worthington Rd Suite 100    West Palm Beach, FL 33409
10317325   Pnc Bank    2730 Liberty Ave    Pittsburgh, PA 15222
10317326   Sears/cbna    Po Box 6282    Sioux Falls, SD 57117
10317357   State of Delaware    Division of Revenue    820 N. French Street, 8th Floor    Wilmington, DE 19801−0820
10742188   State of Delaware Division of Revenue    P O Box 8763    Wilmington, DE 19899−1863
10317327   Syncb/evine    4125 Windward Plaza    Alpharetta, GA 30005
10545028   TD Bank NA    c/o Schiller Knapp Lefkowitz & Hertzel L    70 Gray Road    Falmouth, ME 04105
10317328   Td Bank N.a.    32 Chestnut St    Lewiston, ME 04240
10459307   The Law Office of Robert I. Masten, Jr., Esq., LLC    500 Creek View Rd., Ste. 304    Newark, DE 19711
10317329   Tnb – Target    C/o Target Credit Services    Minneapolis, MN 55440
10317330   Verizon    500 Technology Dr    Weldon Spring, MO 63304
10399307   Wells Fargo Bank N.A., dba Wells Fargo Dealer Se    PO Box 19657    Irvine, CA 92623−9657
10317331   Wfds/wds    Po Box 1697    Winterville, NC 28590
10317332   Wilmington Trust Co    Rodney Sq. North    Wilmington, DE 19890
10317333   Xerox Soluti    Pob 41818    Philadelphia, PA 19101

TOTAL: 33

Vacated