## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 13 |
| | ) | |
| JAMES COSTON, JR., | ) | Case No. 16-11143 (BLS) |
| | ) | |
| Debtor. | ) | Docket No. 57, 58 |

### ORDER VACATING DISMISSAL

WHEREAS, the Chapter 13 Trustee requested dismissal of this case with prejudice; and the Court having held a hearing in the above matter on April 25, 2017; and the Debtor having complied with this Court's ruling at the hearing held on April 25, 2017; and the Trustee having withdrawn its Certification of Counsel, it is hereby

ORDERED, that the Order of Dismissal entered by the Court on May 18, 2017, appearing at Docket No. 58, is hereby VACATED and this case is reinstated.

Dated: Wilmington, Delaware
May 19, 2017

Brendan Linehan Shannon
Chief United States Bankruptcy Judge