## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

**In the Matter of:**

| | |
|---|---|
| HOPE BURNETT | 16-11130 |
| ANTHONY & LINDA CARDARELLI | 15-12109 |
| EARLINE  S.  COBBS | 14-11440 |
| DORIS A. COOPER | 14-12220 |
| MELCHISEDIC & MICHELLE COREA-DONES | 16-11406 |
| JAMES COSTON, JR. | 16-11143 |
| LYNETTE M. DALLAM | 15-11453 |
| BRIAN M. DRISCOLL | 13-12064 |
| DANETTE EVANS | 15-10681 |
| CAROL M. FAHY | 15-12497 |
| KENYA A. FOSTER | 16-10890 |
| MATTHEW J. GIORDANO, III | 15-12354 |
| EMILY E. GORRIN | 14-12588 |
| JOHN & VIRGINIA HAMILTON | 14-11684 |
| HENRY J. HARMON | 15-12605 |
| GRANTLEY S. HARTLEY | 14-11124 |
| BYRON B. HINSON | 15-11759 |

**DEBTORS**                                           **CHAPTER 13**


        PLEASE TAKE NOTICE THAT, Robert I. Masten, Jr., Esq., attorney for the above-referenced Debtors is affiliated with the law firm Ceccotti & Masten and has the following new address:

        262 Chapman Road, Ste. 202-2
        Newark, DE 19702

Date: 5/8/18                                    /s/ Robert I. Masten, Jr.
                                                262 Chapman Road, Ste. 202-2
                                                Newark, DE 19702
                                                Bar ID # 5033
                                                Ph: 302-358-2044
                                                Fax: 302-353-4238
                                                rmastenlaw@gmail.com