IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JAMES COSTON, JR. | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Case No. 16-11143 (BLS) |
| | ) | |

**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO
DISMISS CHAPTER 13 BANKRUPTCY**

COMES NOW, James Coston (the "Debtor"), by and through his attorney, Robert I. Masten, Jr., and hereby responds to the Chapter 13 trustee's Motion to Dismiss Chapter 13 Bankruptcy. In support of his response, Debtor states as follows:

1.  Admitted.

2.  Debtor is without sufficient knowledge to admit or deny the averments in Paragraph 2 of the Motion. Therefore, the averments are denied.

3.  Denied.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter an Order denying the Chapter 13 Trustee's Motion to Dismiss Chapter 13 Bankruptcy.

Date: February 10, 2020                         CECCOTTI & MASTEN

By: /s/ Robert I. Masten, Jr.
 Robert I. Masten, Jr., Esq. (Bar No. 5033)
 262 Chapman Road, Suite 202-2
 Newark, DE 19702
 (302) 358-2044
 (302) 353-4238 (fax)
 rmastenlaw@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| JAMES COSTON, JR. | ) Chapter 13 |
| | ) |
| Debtors. | ) Case No. 16-11143 (BLS) |
| | ) |

## CERTIFICATE OF SERVICE

I, Robert I. Masten, Jr., hereby certify that on February 10, 2020, I caused to be served a true and correct copy of the foregoing Debtor's Response to Trustee's Motion to Dismiss on the parties listed below by First Class Mail:

Michael B. Joseph - Chapter 13 Trustee
824 Market Street
P.O. Box 1351
Wilmington, DE 19899-1351

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Date: February 10, 2020                    CECCOTTI & MASTEN

By: /s/ Robert I. Masten, Jr.
    Robert I. Masten, Jr., Esq. (Bar No. 5033)
    262 Chapman Road, Suite 202-2
    Newark, DE 19702
    (302) 358-2044
    (302) 353-4238 (fax)
    rmastenlaw@gmail.com