**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JAMES COSTON, JR. | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Case No. 16-11143 (BLS) |
| | ) | |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE THAT the above-captioned Debtor's new address is:

James Coston, Jr.
2812 W. 10th Street
Chester, PA 19013

Date: July 2, 2020                                          CECCOTTI & MASTEN

                                                            By: /s/ Robert I. Masten, Jr.
                                                                Robert I. Masten, Jr, Esq. (Bar No. 5033)
                                                                2055 Limestone Road, Ste. 200-H
                                                                Wilmington, DE 19808
                                                                (302) 358-2044
                                                                (302) 353-4238 (fax)
                                                                rmastenlaw@gmail.com